IN THE SUPREME COURT OF TEXAS

 No. 10-0383

 IN RE B.T., A JUVENILE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency relief, filed May 25, 2010, is
granted. The trial court's May 27, 2010 Discretionary Transfer Hearing, in
Cause No. 3-0295-09, styled In the Interest of B.T., in the County Court at
Law No 3 of Smith County, Texas, is stayed pending further order of this
Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., June 7, 2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 27, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk